IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOAN R. JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:02cv0179 |
| | ) |
| NASHVILLE PUBLIC RADIO and ROB GORDON, | ) Judge Thomas A. Wiseman, Jr. |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is a Motion for Partial Summary Judgment (Doc. No. 63) filed by Defendants Rob Gordon and Nashville Public Radio ("NPR") (collectively, "Defendants"), seeking dismissal of Plaintiff Joan R. Jenkins' state-law claims for outrageous conduct/intentional infliction of emotional distress, intentional misrepresentation and negligent misrepresentation, and dismissal of the claims asserted against Defendant Gordon individually for gender and race discrimination under the Tennessee Human Rights Act, Tenn. Code Ann. § 4-21-101, *et seq.* ("THRA"), and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII"). Defendants have filed a Memorandum of Law in support of their motion (Doc. No. 64), and a Concise Statement of Material Undisputed Facts (Doc. No. 65). Plaintiff has filed her Response in Opposition to Defendants' Motion for Partial Summary Judgment (Doc. No. 67) and a Response to Defendants' Statement of Undisputed Material Facts (Doc. No. 68). Defendants have filed a Reply Brief. The motion is ripe for consideration.

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby **GRANTS** partial summary judgment in favor of Defendants and **DISMISSES** with prejudice Plaintiff's claims for intentional infliction of emotional distress, intentional misrepresentation and negligent misrepresentation. Likewise, the Court **GRANTS** partial summary judgment in favor of Defendant Rob Gordon and **DISMISSES** with prejudice the Title VII and the THRA claims asserted against him in his individual capacity.

It is so **ORDERED.**

Thomas A. Wiseman, Jr.
Senior U.S. District Judge